**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 18−12013
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony F Ford
13812 Beaujolais Ct.
Chantilly, VA 20151

Kim A Kieklak
13812 Beaujolais Ct.
Chantilly, VA 20151

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−6594                         Joint Debtor: xxx−xx−3665

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA                                   Joint Debtor: NA

NOTICE OF POSSIBLE DISMISSAL
PURSUANT TO LBR 1007−3 STATEMENT OF INTENTION

TO:    DEBTOR OR DEBTOR'S COUNSEL

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on June 7, 2018 . Pursuant to Local Bankruptcy Rule 1007−3, please be advised that the Statement of Intention is missing and must be filed within thirty (30) days of the petition date or on or before the meeting of creditors date, whichever is earlier.

**Statement of Intention Due:**  **July 9, 2018**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

Date: June 7, 2018

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/  Jillinda Glenn
Deputy Clerk

[10073vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Anthony F Ford  
Kim A Kieklak  
  Debtors

Case No. 18-12013  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9  User: glennj  Page 1 of 1  Date Rcvd: Jun 07, 2018  
       Form ID: 10073  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.  
db/jdb  +Anthony F Ford,  Kim A Kieklak,  13812 Beaujolais Ct.,  Chantilly, VA 20151-3609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****  
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:  
  John P. Fitzgerald, III  ustpregion04.ax.ecf@usdoj.gov  
           TOTAL: 1