# United States Bankruptcy Court
## Eastern District of Virginia
_____Eastern_____ Division

**In re:**  Anthony F. Ford  
Kim A. Kieklak  
**Debtor(s)**

**Case Number** _18-12013-BFK_  
**Chapter**  _7_

## ORDER SETTING HEARING

**TO:**  **Debtor(s)**   Anthony F. Ford & Kim A. Kieklak  
13812 Beaujolais Ct.  Chantilly, VA 20151  
**Attorney for Debtor(s)**  PRO SE  
**Trustee**           Kevin R. McCarthy McCarthy & White, 8508 Rehoboth Ct. Vienna,VA 22182  
**United States Trustee**   John P. Fitzgerald, III 115 S.Union St, Rm 210 Alexandria, VA 22314

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case.  Therefore, a hearing will be held:

*Date:*      August 28, 2018  
*Time:*     9:30am  
*Location:*  200 S. Washington Street, Judge Kenney's Courtroom 1, 2nd Floor, Alexandria, VA 22314

The debtor(s) should appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies):  
Schedules A-I

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE:  **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $___0.00___ is due and owing to the Clerk of Court, payable as follows:

    due and payable immediately.

    $_____ on _____, $_____ on _____, and $_____on _____.

Dated: _July 23, 2018_____

**William C. Redden, Clerk**  
**United States Bankruptcy Court**

**By:** _/s/ Angela R. Jones_____  
**Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER  
ENTERED ON DOCKET: _July 23, 2018_____

[osethrgln ver. 07/18]