# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 18−12013−BFK
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony F Ford
13812 Beaujolais Ct.
Chantilly, VA 20151

Kim A Kieklak
13812 Beaujolais Ct.
Chantilly, VA 20151

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−6594           Joint Debtor: xxx−xx−3665

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA           Joint Debtor: NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on September 10, 2018 dismissing the above−captioned case.

Dated: September 10, 2018

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Anthony F Ford  
Kim A Kieklak  
    Debtors

Case No. 18-12013-BFK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: jonesar     Page 1 of 1     Date Rcvd: Sep 10, 2018  
                     Form ID: VAN015    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.  
db/jdb       +Anthony F Ford,    Kim A Kieklak,    13812 Beaujolais Ct.,    Chantilly, VA 20151-3609  
14407017      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          U.S. Bank National Association, as Trustee for Leh  
                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:

         Heather D. McGivern    on behalf of Creditor    U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, SERIES 2007-15N ecfaccount@orlans.com, ANHSOrlans@InfoEx.com  
         Jack Frankel    on behalf of U.S. Trustee John P. Fitzgerald, III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov  
         John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov  
         Kevin R. McCarthy    krm@mccarthywhite.com,   kmccarthy@remote7solutions.com;DC07@ecfcbis.com  
                                                                                                                                        TOTAL: 4